Sheri Pan (SBN 316136)
sheri@zwillgen.com
ZWILLGEN LAW LLP
369 Pine Street, Suite 506
San Francisco, CA 94104
Telephone: (415) 590-2335
Facsimile: (415) 636-5965

*Attorneys for Defendant*
*iHeartMedia, Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TREVOR HARRIS, individually and on behalf of all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>IHEARTMEDIA, INC.,<br><br>Defendant. | Case No.: 5:25-cv-06038-EKL<br><br>**DECLARATION OF ROB ROWE IN SUPPORT OF DEFENDANT IHEARTMEDIA, INC.'S MOTION TO TRANSFER OR COMPEL ARBITRAITON**<br><br>Judge: Hon. Eumi K. Lee<br>Hearing Date: December 17, 2025<br>Time: 10:00 a.m.<br>Courtroom: 7, 4th Floor<br><br>Opposition due: November 7, 2025<br>Reply due: November 24, 2025 |

**DECLARATION OF ROB ROWE**

I, Rob Rowe, declare as follows:

1. I am Executive Vice President, Digital Product Operations at iHeartMedia, Inc. ("iHeart"). I submit this declaration in support of iHeart's Motion to Transfer, Compel Arbitration, or Dismiss. I make this declaration based on my personal knowledge and my review of iHeart's business records. I am over the age of eighteen. I have personal knowledge of the facts stated in this declaration, and if called to testify, I could and would competently testify thereto.

2. In my capacity of Executive Vice President, I am familiar with the format and operation of the website at www.iheart.com (the "Website") from 2024 to the present. The Website allows visitors to explore and use iHeart services, and to create an iHeart account.

3. At the request of counsel, I reviewed iHeart's business records pertaining to the iHeart account associated with the email address "trevorjackson5995@gmail.com," which I understand Plaintiff Trevor Harris's counsel identified as belonging to Mr. Harris.

4. iHeart's business records reflect that the account associated with the email address "trevorjackson5995@gmail.com" was created on December 1, 2024 using iHeart's Website through the "Connect with Google" option from iHeart's registration flow.

5. Attached as Exhibit A is a true and correct copy of a sequence of iHeart Website account creation screens as they would have exhisted on the Website on December 1, 2024 for a user that created an account through the "Connect with Google" option. Exhibit A is an accurate depiction of the iHeart Website account creation screens as a visitor such as Mr. Harris would have seen them when signing up for an iHeart account through the "Connect with Google" option via the Website on December 1, 2024, but is not presented as the record of any specific transaction. It is instead an exemplar, from which user-specific transaction details have been removed.

6. As Exhibit A reflects, any user who sought to create an account on December 1, 2024 would proceed through four account creation screens. First, a user would click the hyperlinked "Sign up" text appearing next to the question "Don't have an account?" (Ex. A at 1.) That would bring the user to the next page, where a user would be presented with two options for creating an account: providing an email address and creating a password, or connecting with the user's Facebook or Google accounts. (Ex. A at 2.) Near the bottom of this page, the following text appears: "By creating an account, you also agree to our Terms of Use and Privacy Policy." The words "Terms of Use" and "Privacy Policy" are darkened and underlined (as is the term "Your Privacy Choices," which appears below those words), to indicate the existence of a hyperlink. If a user clicked on the words "Terms of Use" or "Privacy Policy," he or she would immediately be presented with a copy of iHeart's then-current Terms of Use (appearing at the webpage "https://www.iheart.com/content/terms-of-use/") or Privacy Policy (appearing at the webpage "https://www.iheart.com/content/privacy-and-cookie-notice/"), respectively. After clicking the "Google" button, the user would be taken through additional screens – provided by Google – where he or she would log into or otherwise select a Google accout, (Ex. A at 3), and then would affirmatively elect to connect a selected Google account to "Sign in to iHeartRadio", (Ex. A at 4). These last two screens also included hyperlinks to iHeart's 2024 Terms and Privacy Policy, which would link to the same documents linked to on the second page of the registration flow (i.e., Ex. A at 2).

7. iHeart's business records indicate that on December 1, 2024, a user created an iHeart account by connecting with the Google and selecting email address "trevorjackson5995@gmail.com." To do so, the user would have had to follow the steps described in Paragraph 6, above.

8. A true and accurate copy of the iHeart Terms of Use as they would have appeared at https://www.iheart.com/content/terms-of-use/ on December 1, 2024 (the "2024 Terms") is attached hereto as Exhibit B which was captured using the Internet Archive Wayback Machine on October 7, 2025, and it is available in archived form at https://web.archive.org/web/20241202093704/https://www.iheart.com/content/terms-of-use/. iHeart made no revisions to the 2024 Terms between November 25, 2024 and March 11, 2025. During these dates, virtually every page of the iHeart Website included a hyperlink to the 2024 Terms.

9. iHeart updated the 2024 Terms on March 12, 2025, at which time a revised version of the Terms of Use was published to the iHeart Website at https://www.iheart.com/content/terms-of-use/ (the "2025 Terms"). A true and accurate copy of the 2025 Terms as they existed on March 12, 2025 is attached hereto as Exhibit C. iHeart has made no revisions to the 2025 Terms since March 12, 2025 – i.e., the 2025 Terms still exist on the Website as of today. Since March 12, 2025, virtually every page of the iHeart Website included – and continues to include – a hyperlink to the 2025 Terms.

10. iHeart's business records indicate that on April 10, 2025, the account associated with the Google email address trevorjackson5995@gmail.com was used to log into, access, view pages on and stream media content from the iHeart Website, including pages that linked to the then current versions of the Terms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct to the best of my knowledge, information, and belief.

Executed on this 10th day of October 2025 at New York, NY.

DocuSigned by:
Rob Rowe
8494643453FA4AF...

Rob Rowe