**BURSOR & FISHER, P.A.**
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
L. Timothy Fisher (State Bar No. 191626)
Kaili C. Lynn (State Bar No. 334933)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ltfisher@bursor.com
klynn@bursor.com
jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
Email: pfraietta@bursor.com

*Attorneys for Plaintiff*

*[Additional Counsel Listed on Signature Page]*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

TREVOR HARRIS, individually and on behalf of all others similarly situated,

Plaintiff,

v.

IHEARTMEDIA, INC.,

Defendant.

Case No. 5:25-cv-06038-EKL

**PLAINTIFFS' STATEMENT OF RECENT DECISION**

Date: January 7, 2026
Time: 1:30 P.m.
Ctrm: 7 – 4th Floor
Judge: Hon. Eumi K. Lee

Pursuant to Local Rule 7-3(d)(2), Plaintiff Trevor Harris respectfully submits this Statement of Recent Decision regarding the pending Motion to Transfer, Compel Arbitration, or Dismiss (ECF Nos. 18, 20, 23). Plaintiff brings to the Court's attention a recent decision by the Honorable Rita F. Lin in *Gilligan v. Experian Data Corp.*, Case No. 3:25-cv-02873-RFL, ECF No. 51 (N.D. Cal. Jan. 6, 2026). A copy of the decision is attached hereto as **Exhibit 1**. The decision is relevant to the Parties' respective arguments regarding whether Plaintiff has Article III standing and whether Plaintiff has sufficiently pled his CIPA § 638.51 claim.

Dated: January 6, 2026

Respectfully submitted,

**BURSOR & FISHER, P.A.**

By: */s/ Max S. Roberts*
Max S. Roberts (State Bar No. 363482)
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-mail: mroberts@bursor.com

**BURSOR & FISHER, P.A.**
Kaili C. Lynn (State Bar No. 334933)
Joshua R. Wilner (State Bar No. 353949)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: klynn@bursor.com
jwilner@bursor.com

**BURSOR & FISHER, P.A.**
Philip L. Fraietta (State Bar No. 354768)
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: (914) 874-0710
Facsimile: (914) 206-3656
E-mail: pfraietta@bursor.com

**LABATON KELLER SUCHAROW LLP**
Michael P. Canty (*pro hac vice forthcoming*)
Carol Villegas (*pro hac vice forthcoming*)
Jonathan D. Waisnor (State Bar No. 345801)
James M. Fee (*pro hac vice forthcoming*)
Danielle Izzo (*pro hac vice forthcoming*)
140 Broadway New York, NY 10005
Telephone: 212-907-0700
Facsimile: 212-818-0477

*Attorneys for Plaintiffs*